## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STANTON SQUARE, LLC | * | CIVIL ACTION |
|     Plaintiff | * | No. 2:23-cv-05733 |
| | * | |
| VERSUS | * | SECTION "D" |
| | * | JUDGE WENDY VITTER |
| THE CITY OF NEW ORLEANS, | * | |
| THE NEW ORLEANS CITY COUNCIL, and | * | |
| FREEDIE KING, III, | * | MAGISTRATE "5" |
| in his official capacity as a member of the | * | JUDGE CURRAULT |
| New Orleans City Council | * | |
|     Defendants | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **MOTION TO DISMISS**

Defendants, the City of New Orleans, the New Orleans City Council, and Freddie King, III, in his official capacity as a member of the New Orleans City Council move this Honorable Court, pursuant to Rule of Civil Procedure 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of the Plaintiff's Complaint for Injunctive, Declaratory, and Monetary Relief (Doc. 1) (the "Complaint") for failure to state a claim upon which relief may be granted. As is more fully set forth the Memorandum in support of this Motion which is being filed contemporaneously, Plaintiff has failed to support its claims of Fair Housing Act violations, or any other of its related claims, with sufficient facts to adequately plead a claim for relief under the Federal Rules of Civil Procedure under the standards set forth by the United States Supreme Court in *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009), and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007).

WHEREFORE, the Defendants pray that their Motion to Dismiss be granted and Plaintiff's Complaint be dismissed.

Respectfully submitted,

__/s/_ *James Roquemore*_____
**JAMES ROQUEMORE, LSBA #40335**
ASSISTANT CITY ATTORNEY
**SHAWN LINDSAY, LSBA #28466**
DEPUTY CITY ATTORNEY
**CORWIN ST. RAYMOND, LSBA #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSBA #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
E-MAIL: james.roquemore@nola.gov

*Counsel for the City of New Orleans, New Orleans City Council, and Freddie King, III, in his official capacity as a member of the New Orleans City Council*