UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STANTON SQUARE, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5733** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION "O"** |

## ORDER

Before the Court is Defendants' Rule 12(b)(6) motion[1] to dismiss claims asserted by Stanton Square, LLC. Since the filing of this motion, Plaintiff has filed a first amended complaint.[2] Defendants then filed a renewed motion[3] to dismiss, noting that they intended the subsequent motion to supersede their prior motion to dismiss.[4]

Accordingly,

**IT IS ORDERED** that Defendants' Rule 12(b)(6) motion[5] to dismiss is **DENIED** as moot.

New Orleans, Louisiana, this 16th day of August, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 14.
[2] ECF No. 44.
[3] ECF No. 45.
[4] ECF No. 45-1 at 1.
[5] ECF No. 14.