## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**STANTON SQUARE, L.L.C.**                                **CIVIL ACTION**

**VERSUS**                                                **NUMBER: 23-5733**

**CITY OF NEW ORLEANS, ET AL.**                           **SECTION: "O" (5)**

### ORDER

**IT IS ORDERED** that Plaintiff's Motion for Leave to Second Amended Complaint (rec. doc. 69) is **SET FOR ORAL HEARING** before the undersigned on **Thursday, May 15, 2025 at 11:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans, Louisiana 70130.[1]

New Orleans, Louisiana, this 30th day of April, 2025.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The submission date remains as noticed in the motion.