**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**STANTON SQUARE, L.L.C.**                                                              **CIVIL ACTION**

**VERSUS**                                                                                        **NUMBER: 23-5733**

**CITY OF NEW ORLEANS, ET AL.**                                       **SECTION: "O" (5)**

**ORDER**

      Before the Court is Plaintiff's Motion for Leave to Second Amended Complaint. (Rec. doc. 69). Having reviewed the motion, the attendant pleadings, and the case law, the Court finds that oral argument is unnecessary. Accordingly,

      **IT IS ORDERED** that the oral argument set on Thursday, May 15, 2025 is **CANCELLED**. Written reasons on the motion shall follow forthwith.

New Orleans, Louisiana, this 14th day of May, 2025.

_____
**MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE**