UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STANTON SQUARE, L.L.C.**                                **CIVIL ACTION**

**VERSUS**                                                **NUMBER: 23-5733**

**CITY OF NEW ORLEANS, ET AL.**                           **SECTION: "O" (5)**

**ORDER**

**IT IS ORDERED** that the Council Defendants' Motion to Stay Discovery and for Protective Order (rec. doc. 107) is **SET FOR ORAL HEARING** before the undersigned on **Thursday, September 11, 2025 at 11:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans Louisiana 70130.[1]

New Orleans, Louisiana, this 14th day of August, 2024.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

---

[1] The submission date remains as noticed in the motion.