# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANTON SQUARE, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 2:23-cv-05733 |
| v. | JUDGE: Brandon S. Long |
| THE CITY OF NEW ORLEANS, THE NEW ORLEANS CITY COUNCIL, and FREDDIE KING, III, in his official capacity as a member of the New Orleans City Council, | MAGISTRATE: Michael North |
| Defendants. | |

# ORDER

**CONSIDERING THE FOREGOING** *Consent Motion to Change Submission Date*:

**IT IS ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the submission date for the Council Defendants' Motion to Stay Discovery and for Protective Order, Dkt. 107, shall be September 10, 2025. The response and reply to the motion should be filed in accordance with Local Rule 7.5.

**MOOT**

New Orleans, Louisiana, this 14th day of August, 2025.

_____
JUDGE MICHAEL NORTH