**MINUTE ENTRY**
**NORTH, M.J.**
**SEPTEMBER 11, 2025**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STANTON SQUARE, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-5733** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION: "O" (5)** |

On this date, the Council Defendants' Motion to Stay Discovery and for Protective Order (rec. doc. 107) and Plaintiff's Motion to Compel Production of Documents (rec. doc. 113) came on for oral hearing before the undersigned. Present were Ellora Israni on behalf of Plaintiff and James Roquemore, Alexander Breaux, and Shaun McFall on behalf of various Defendants. Cathy Pepper was the court reporter. For the reasons stated on the record,

**IT IS ORDERED** that the Council Defendants' Motion to Stay Discovery and for Protective Order (rec. doc. 107) is **DENIED** as follows.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Production of Documents (rec. doc. 113) is **GRANTED** as follows.

- The City of New Orleans ("the City") and the Council Defendants shall produce to Plaintiff the approximately 396,000 remaining documents retrieved by the City from the computer search based on agreed-upon terms between the parties. The production shall be subject _only_ to attorney-client and legislative privilege review.

MJSTAR: 00:30

- The parties shall agree on the timing of the production – which may occur on a rolling basis – but the production shall be completed **<u>no later than four weeks</u>** from the date of this Minute Entry.

- At the same time that the City and the Council Defendants produce the documents, they shall produce a privilege log. The Council Defendants shall be responsible only for the production of a separate privilege log based on any claims of legislative privilege.

- The parties shall create and agree to a claw-back provision for the production of any document later determined to be covered by any privilege.

- The depositions of the individual Councilmembers shall occur only after the production of documents is complete and Plaintiff has had ample time to review the produced documents.

- The undersigned hereby extends the deadlines for the expert reports of both parties in the District Court's current Scheduling Order by 30 days.

- The parties are hereby ordered to address the current deadlines and Scheduling Order with the District Judge as soon as possible to discuss the possibility of any continuances.

- The undersigned will address any issue of legislative privilege when it is ripe and asserted as to a specific document and/or a specific question at a deposition. Closer to the noticing of the depositions of the individual Councilmembers, and after the completed production of documents the parties shall contact the Court, and the Court shall, if need be, address the issue of legislative privilege at the future depositions.

- The Court finds that Plaintiff is entitled to an award of attorneys' fees for the filing of the pleadings and the appearance at the oral hearing. Plaintiff shall file a formal motion in which it seeks those fees and costs and Defendants shall have an opportunity to reply.

New Orleans, Louisiana, this  12th  day of      September     , 2025.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE