UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANTON SQUARE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF NEW ORLEANS,<br>THE NEW ORLEANS CITY COUNCIL,<br>and FREDDIE KING, III, in<br>his official capacity as a member of the New<br>Orleans City Council,<br><br>    Defendants. | CIVIL ACTION NO. 2:23-cv-05733<br><br>JUDGE: Brandon S. Long<br><br>MAGISTRATE: Michael North |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Stanton Square, LLC and Defendants the City of New Orleans, New Orleans City Council, and Councilmember Freddie King, III, in his official capacity, jointly move the Court to enter a protective order governing the discovery exchanged in this matter, attached here as Exhibit A. In support, the parties state:

**1.**

The Parties have conferred and believe that this litigation may require the disclosure of personal identifying information, financial information, and other highly sensitive information.

**2.**

The Parties agree that the improper disclosure of this material could result in "annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c).

**3.**

The Parties believe that the attached Protective Order will minimize disputes related to confidentiality and adequately protect the confidentiality interests of the Parties and third parties.

**4.**

The Proposed Order attached hereto as Exhibit A is based on the Court's template protective order with adjustments reflecting the particular factual circumstances of this case. A redlined version of Exhibit A, showing the Parties' modifications to the Court's template, is attached as Exhibit B.

**5.**

Pursuant to Local Rule 7.3, a proposed order is submitted herewith.

**WHEREFORE**, the Parties respectfully ask the Court to grant this motion and enter the proposed protective order attached hereto.

> Respectfully submitted,
>
> */s/ Yiyang Wu*
> YIYANG WU*
> REED COLFAX*
> EDWARD K. OLDS*
> ELLORA THADANEY ISRANI*
> ASHLEY BRICKHOUSE*
> RELMAN COLFAX PLLC
> 1225 19th Street NW, Suite 600
> Washington, D.C. 20036
>
> *Appearing pro hac vice*
>
> REGAN R. WILTY (NO. 35292)
> RANDALL A. SMITH, T.A. (NO. 2117)
> SMITH & FAWER L.L.C.
> 201 St. Charles Ave., Suite 3702
> New Orleans, LA 70170
> Telephone: (504) 525-2200
> Facsimile: (504) 525-2205
>
> **Counsel for Plaintiff, Stanton Square, LLC**

- 3 -

/s/ *Shaun McFall*
Judy Y. Barrasso, 2814
Shaun P. McFall, 37225
Alexander M. Breaux, 40712
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
jbarrasso@barrassousdin.com
smcfall@barrassousdin.com
abreaux@barrassousdin.com

***Counsel for the Council of the City of New Orleans and Councilmember King***

/s/ *James Roquemore*
James Roquemore, LSBA #40335
Assistant City Attorney
Shawn Lindsay, LSBA #28466
Deputy City Attorney
Corwin St. Raymond, LSBA #31330
Chief Deputy City Attorney
Donesia D. Turner, LSBA #23338
City Attorney
1300 Perdido Street City Hall
Room 5E03
New Orleans, LA 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868

***Counsel for the City of New Orleans***