## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANTON SQUARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF NEW ORLEANS, <br> THE NEW ORLEANS CITY COUNCIL, <br> and FREDDIE KING, III, in <br> his official capacity as a member of the New Orleans City Council, <br><br> Defendants. | CIVIL ACTION NO. 2:23-cv-05733 <br><br> JUDGE: Brandon S. Long <br><br> MAGISTRATE: Michael North |

## ORDER

**CONSIDERING THE FOREGOING** *Joint Motion to Enter Protective Order*:

**IT IS ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Exhibit A to the Joint Motion shall be entered as the Protective Order for purposes of discovery in this matter.

**SO ORDERED in** New Orleans, Louisiana, this _____ day of _____, 2025.

_____
JUDGE MICHAEL NORTH