**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**STANTON SQUARE, L.L.C.**                                **CIVIL ACTION**

**VERSUS**                                                **NUMBER: 23-5733**

**CITY OF NEW ORLEANS, ET AL.**                           **SECTION: "O" (5)**

**ORDER**

**IT IS ORDERED** that Plaintiff's Motion to Consider Whether Another Party's Material Should be Sealed (rec. doc. 156) is **SET FOR ORAL HEARING** before the undersigned on **Thursday, August 6, 2026 at 11:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans, Louisiana 70130.[1]

New Orleans, Louisiana, this 27th day of July, 2026.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

**\*\*\* The Court strongly encourages argument by junior attorneys, particularly when the junior attorney drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (*i.e.*, a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to appear for that party so that issues can be split between attorneys or a more senior attorney can offer clarification or respond to the Court's questions, if necessary.**

---

[1] The submission date and all attendant filing deadlines remain as noticed in the motion.