**MINUTE ENTRY**
**LONG, J.**
**JULY 28, 2026**
**JS10 (0:25)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STANTON SQUARE LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5733** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION "O"** |

## MINUTE ENTRY

The Court held a telephone status conference. Yiyang Wu, Reagan Wilty, Edward Olds, Ellora Israni, and Reed Colfax participated for Plaintiff Stanton Square LLC. Shawn Lindsay and Shaun McFall participated for Defendants City of New Orleans and New Orleans City Council. The Court and counsel discussed the status of the case.

New Orleans, Louisiana, this 28th day of July, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE